E-FILED
Wednesday, 29 May, 2019  08:21:06 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WEBER-STEPHEN PRODUCTS, LLC and<br>DOES 1-5,<br><br>　　　　　　　Defendants. | Civil Action No.: 2:19-cv-2123<br><br><br>NOTICE OF DISMISSAL<br>PURSUANT TO RULE 41(a)(1) |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.　　　Whereas Plaintiff Tera Donahue filed the above-referenced case against Defendant Weber-Stephen Products, LLC, on May 8, 2019.

2.　　　Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by Defendant.

3.　　　Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4.　　　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint against Weber-Stephen Products, LLC.

Dated:  May 29, 2019

Respectfully Submitted,
*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, SBN 87338
**THE SWEET LAW FIRM, PC**
186 Mohawk Drive
Pittsburgh, Pennsylvania 15228
Phone: 412-742-0631
ben@sweetlawpc.com